1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   HUNG DUONG NGUON,                    No. CIV S-10-0054-CMK-P

12              Petitioner,

13        vs.                             <u>ORDER</u>

14   KATHELEEN L. DICKINSON,

15              Respondent.

16   _____/

17              Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has consented to Magistrate Judge

19   jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the

20   action.

21              On February 11, 2010, the court directed petitioner to submit either a completed

22   application for leave to proceed in forma pauperis or the full filing fee for this action within 30

23   days.  Petitioner was  warned that failure to comply may result in dismissal of this action for lack

24   of prosecution and failure to comply with court rules and orders.  <u>See</u> Local Rule 11-110.  To

25   date, petitioner has failed to comply.

26   / / /

1    Petitioner shall show cause in writing, within 30 days of the date of this order,

2  why this action should not be dismissed for failure to resolve the fee status for this case.

3  Petitioner is again warned that failure to respond to this order may result in dismissal of the

4  action for the reasons outlined above, as well as for failure to prosecute and comply with court

5  rules and orders.  See id.

6    IT IS SO ORDERED.

7

8  DATED: April 21, 2010

9

10   _____
     **CRAIG M. KELLISON**
     UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2