IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HUNG DUONG NGUON, | | No. CIV S-10-0054-CMK-P |
| | Petitioner, | |
| | vs. | ORDER |
| KATHELEEN L. DICKINSON, | | |
| | Respondent. | |
| _____/ | | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On April 22, 2010, the undersigned issued an order to show cause why this case should not be dismissed for failure to resolve the fee status for this case.  Petitioner has submitted his response to that order as directed, which shall be discharged.

      Petitioner indicates in his response his belief that his brother had paid the filing fee.  As that has not occurred, he has requested addition time to submit the filing fee.  Good cause appearing, that request will be granted.

      Accordingly, IT IS HEREBY ORDERED that:

      1.     The order to show cause is discharged; and

/ / /

1

2. Petitioner shall, within 30 days of the date of this order, resolve the fee status for this case by either paying the full filing fee or submitting a completed application for leave to proceed in forma pauperis.

DATED: May 28, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE