IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG DUONG NGUON, | No. CIV S-10-0054-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| KATHELEEN L. DICKINSON, | |
| Respondent. | |
| _____/ | |

   Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action.

   On February 11, 2010, the court directed petitioner to submit either a completed application for leave to proceed in forma pauperis or the full filing fee for this action within 30 days.  Petitioner failed to do so, and the court issued an order to show cause, on April 22, 2010, requiring Petitioner to show cause why this action should not be dismissed for failure to resolve the fee status.  Petitioner responded to the order to show cause on May 25, 2010, stating his belief that a family member had paid the filing fee, and requested additional time to follow up

and pay the filing fee. The court therefore discharged the order to show cause on June 1, 2010, and provided Petitioner with another 30 days in which to resolve the fee status. Petitioner was again warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. To date, no filing fee has been received by the court, nor has a completed application for leave to proceed in forma pauperis. Petitioner has failed to resolve the fee status.

Therefore, Petitioner shall show cause in writing, within 30 days of the date of this order, why this action should not be dismissed for failure to resolve the fee status for this case. Petitioner is again warned that failure to respond to this order may result in dismissal of the action for the reasons outlined above, as well as for failure to prosecute and comply with court rules and orders. See id.

IT IS SO ORDERED.

DATED: July 13, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE